**Order filed November 2, 2012**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-12-00850-CV

———————————

### In the Interest of J.R.W., a Child

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-05537J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. The notice of appeal was filed September 17, 2012. The reporter's record was filed October 11, 2012. Therefore, appellant's brief was due **October 31, 2012.** *See* Tex. R. App. P. 38.6(a). No brief or motion for extension of time has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a).

Because appellant's brief has not been filed timely in this accelerated appeal, we issue the following order:

We order **William M. Thursland,** appellant's appointed attorney, to file appellant's brief in this appeal **on or before November 12, 2012.** If William M. Thursland does not timely file the brief as ordered, the court will consider dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); 42.3(b).

PER CURIAM